UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLEVERLAND HOLDINGS, LLC, | ) | Case No. 1:23 CV 1571 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| JENNIFER MAHAN, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), seeking to voluntarily dismiss this action without prejudice. (Doc. #33).

Plaintiff's Complaint is hereby dismissed without prejudice at the Plaintiff's request.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATE: April 16, 2024